❑ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form.   On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | JLM Construction, LLC | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 83-3456754 | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 705 Washington<br>Belgrade MT 59714 | |
| | | Gallatin<br>County | **Location of principal assets, if different from principal place of business** |
| 5. | **Debtor's website (URL)** | N/A | |

| | |
|---|---|
| 6. | **Type of debtor** |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
❑ Partnership (excluding LLP)
❑ Other.  Specify: _____

| | |
|---|---|
| 7. | **Describe debtor's business** |

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❑ Railroad (as defined in 11 U.S.C. § 101(44))
❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
❑ None of the above

B.  Check all that apply:

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)
❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See uscourts.gov/four-digit-national-association-nais-codes

**A. Check one:**

| | |
|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | Check one:<br><br>■ Chapter 7<br>❑ Chapter 9<br>❑ Chapter 11, check all that apply:<br>    ❑ Debtor's aggregate noncontingent liquidated debts (excluding owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 weeks after that).<br>    ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(b).<br>    ❑ A plan is being filing with this petition.<br>    ❑ Acceptance of the plan were solicited prepeition from one or more classes of creditors in accordance with 11 U.S.C. § 1126(b).<br>    ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Act of 1934. File the Attachment to *Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>❑ Chapter 12 |
| **9.** **Were prior bankruptcy cases filed by or against the debtor withing the last 8 years?**<br>If more than 2 cases, attach a separate list. | ■ No<br><br>❑ Yes.    District _____ When _____ Case number _____<br>                             MM / DD / YYYY |
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ❑ No<br><br>■ Yes   Debtor <u>Jessi Lee McCloud</u>    Relationship <u>Owner</u><br><br>       District <u>Montana</u>        When <u>09/28/2023</u><br>                                   MM / DD / YYYY<br><br>       Case number, if known <u>2:23-bk-20125-BPH</u> |
| **11.** **Why is the case filed in *this* district?** | Check all that apply:<br><br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** **Does the debtor own or have possession or any real property or personal property that needs immediate attention?** | ■ No<br>❑ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>     **Why does the property need immediate attention?** (Check all that apply.)<br>     ❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>        What is the hazard?_____<br>     ❑ It needs to be physically secured or protected from the weather.<br>     ❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>     ❑ Other _____<br><br>     **Where is the property?** _____<br>     **Is the property insured?**<br><br>     ❑ No<br>     ❑ Yes.   Insurance agency _____<br>               Contact name _____<br>               Phone _____ |

## Statistical and administration information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,0001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ■ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ more than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ■ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ more than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING -** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signatures of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>October 12, 2023</u>

✖ <u>/s/ Jessi Lee McCloud</u>                                    <u>Jessi Lee McCloud</u>
   Signature of authorized representative of debtor          Printed name

Title <u>Owner</u>

**18. Signature of Attorney**
**Signature of Attorney for Debtor**

✖ <u>/s/ Stuart R. Whitehair</u>          Date    <u>October 12, 2023</u>
   Signature of attorney for debtor                MM / DD / YYYY

<u>Stuart R. Whitehair</u>
Printed Name
<u>Stuart R. Whitehair, P.C.</u>
Firm Name
<u>2123 Durston Road, Suite 17</u>
Number Street
<u>Bozeman   MT        59718</u>
City      State      ZIP Code

Contact phone: <u>406-587-4200</u> Email address: <u>stuartwhitehair@gmail.com</u>
<u>3069</u>          <u>Montana</u>
Bar number      State

❑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

|  | **Your assets** <br> Value of what you own |
|---|---|

1. *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:** Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $0.00

   1b. **Total personal property:** Copy line 91A, from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $1,200.00

   1c. **Total of all property:** Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $1,200.00

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of  *Schedule D*. . . . . . . . . . . . . . . .  $0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 (priority unsecured claims) from line 5a of *Schedule E/F* . . . . . . . . . . . . . . .  $5,877.07

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

      Copy the total amount of claims from Part 2 from line 5b of *Schedule E/F* . . . . . . . . . . . . . . . . . . . . . . . . . +  $649,315.89

                                **Your total liabilities**  $655,192.96

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11 or 13?**
     ❑ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
     ■ Yes

7. **What kind of debt do you have?**
     ❑ **Your debts are primarily consumer debts.**  Consumer debts are those "incurred by and individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

     ■ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8. **From the Statement of Your Current Monthly Income:** Copy your total current monthly income from Official
Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.            <u>$0.00</u>

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

                                                    **Total claim**

     **From Part 4 on Schedule E/F, copy the following:**

     9a.  Domestic support obligations (Copy line 6a.)            <u>$0.00</u>

     9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)      <u>$0.00</u>

     9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)    <u>$0.00</u>

     9d.  Student loans.  (Copy line 6f.)            <u>$0.00</u>

     9e.  Obligations arising out of a separation agreement or divorce that you did not report
          as priority claims.  (Copy line 6g.)            <u>$0.00</u>

     9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)   + <u>$0.00</u>

     9g.  **Total**.  Add lines 9a through 9f.            <u>$0.00</u>

| Fill in this information to identify your case: |
| --- |
| Debtor    JLM Construction, LLC |
| United States Bankruptcy Court for the District of Montana |
| Case number _____ |

❑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as a fully depreciated asset or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ❑ No. Go to Part 2.
   ■ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**      **Current value of debtor's interest**

2. Cash on hand      $0.00

3. **Checking, savings, money market, or financial brokerage accounts** (Identify all)

   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

   3.1 Sky Federal Credit Union      business checking    9668      $0.00

4. **Other cash equivalents** (Identify all)

   4.1 _____      $0.00

5. Total of Part 1
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $0.00

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ❑ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____      $0.00

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

        Description, including name of holder of prepayment

        8.1  _____  $0.00

9.      **Total of Part 2.**

        Add lines 7 through 8.  Copy the total to line 81.                                      $0.00

---

**Part 3:     Accounts receivable**

10.     **Does the debtor have any accounts receivable?**

        ❏ No.  Go to Part 4.
        ■ Yes.  Fill in the information below.

                                                                         **Current value of debtor's interest**

11.     **Accounts receivable**

        11a.    90 days old or less   _____   -  _____  =    $0.00
                                      face amount              doubtful or uncollectible accounts

        11b.    Over 90 days old      $29,000.00 - Dori and Blaine Stulc   - $29,000.00   =   $0.00
                                      face amount                            doubtful or uncollectible accounts

                                      $35,000.00 - Kevin Pearson, Pearson Dentistry   - $35,000.00   =   $0.00
                                      face amount                                        doubtful or uncollectible accounts

                                      $45,000.00 - Dan McKay, Lake Glass   - $45,000.00   =   $0.00
                                      face amount                            doubtful or uncollectible accounts

12.     **Total of Part 3**

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.              $0.00

---

**Part 4:     Investments**

13.     **Does the debtor own any investments?**

        ■ No.  Go to Part 5.
        ❏ Yes.  Fill in the information below.

                                                        **Valuation method          Current value of debtor's
                                                        used for current value       interest**

14.     **Mutual funds or publicly traded stocks not included Part 1**

        Name of fund or stock:

        14.1  _____   _____   $0.00

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
        including any interest in an LLC, partnership, or joint venture**

        Name of entity:                    % of ownership

        15.1  _____   _____   _____   $0.00

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable
        instruments not included in Part 1**

        Describe:

        16.1  _____   _____   $0.00

**17.**    **Total of Part 4**

       Add lines 14 through 16.  Copy the total to line 83.                  <u>$0.00</u>

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.**    **Does the debtor own any inventory (excluding agriculture assets)?**

       ❏ No.  Go to Part 6.
       ■ Yes.  Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw Materials** | | | | |
| _____ | _____ | $ _____ | _____ | $0.00 |
| **20.**   **Work in progress** | | | | |
| _____ | _____ | $ _____ | _____ | $0.00 |
| **21.**   **Finished goods, including goods held for resale** | | | | |
| _____ | _____ | $ _____ | _____ | $0.00 |
| **22.**   **Other inventory or supplies** | | | | |
| <u>(6) Weather Shield Windows</u> | <u>10/08/2023</u> | <u>$1,200.00</u> | <u>market value</u> | <u>$1,200.00</u> |

**23.**    **Total of Part 5**

       Add lines 19 through 22.  Copy the total to line 84.                  <u>$1,200.00</u>

**24.**    **Is any of the property listed in Part 5 perishable?**

       ■ No
       ❏ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

       ■ No
       ❏ Yes.  Book value _____ Valuation method _____ Current value _____

**26.**    **Has any of the property listed Part 5 been appraised by a professional within the last year?**

       ■ No
       ❏ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|-----------------------------------------------------------------------------------|

27.    **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
❏ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|

28.    **Crops - either planted or harvested**

_____  $ _____   _____   $0.00

29.    **Farm animals** - Examples: Livestock, poultry, farm-raised fish

_____  $ _____   _____   $0.00

30.    **Farm machinery and equipment** (other than titled motor vehicles)

_____  $ _____   _____   $0.00

31.    **Farm and fishing supplies, chemicals, and feed**

_____  $ _____   _____   $0.00

32.    **Other farming and fishing-related property not already listed in Part 6**

_____  $ _____   _____   $0.00

33.    **Total of Part 6.**

Add lines 38 through 32.  Copy the total to line 85.                                          $0.00

34.    **Is the debtor a member of an agricultural cooperative?**

❏ No
❏ Yes.  Is any of the debtor's property stored at the cooperative?

          ❏ No
          ❏ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

❏ No.  Go to Part 7.
❏ Yes.  Book value $_____  valuation method _____  current value $_____

36.    **Is a depreciation schedule available for any of hte property listed in Part 6?**

❏ No
❏ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

❏ No
❏ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8
❏ Yes.  Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.  **Office furniture**

_____    $ _____    _____    $0.00

40.  **Office Fixtures**

_____    $ _____    _____    $0.00

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

_____    $ _____    _____    $0.00

42.  **Collectibles** Examples: Antiques and figurines; paintings, prints and other artwork; books, pictures, or other art objects; china and crystal; stamp, coin or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____    $ _____    _____    $0.00
42.2 _____    $ _____    _____    $0.00
42.3 _____    $ _____    _____    $0.00

43.  **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.                                     $0.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

❏ No
❏ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

❏ No
❏ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|------------------------------------|

46.   Does the debtor own or lease any machinery, equipment, or vehicles?

■ No.  Go to Part 9.
❑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|------------------------------------------|------------------------------------|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $ _____ | _____ | $0.00 |
| 47.2 _____ | $ _____ | _____ | $0.00 |
| 47.3 _____ | $ _____ | _____ | $0.00 |

48.   **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | _____ | $0.00 |
| 48.2 _____ | $ _____ | _____ | $0.00 |
| 48.3 _____ | $ _____ | _____ | $0.00 |

49.   **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | _____ | $0.00 |
| 49.2 _____ | $ _____ | _____ | $0.00 |

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $ _____ | _____ | $0.00 |

51.   **Total of Part 8.**
      Add lines 47 through 50.  Copy the total to line 87.                                              $0.00

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

❑ No
❑ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

❑ No
❑ Yes

2:23-bk-20133-BPH   Doc# 1   Filed: 10/12/23   Page 11 of 40

| **Part 9:** | **Real property** |
|---|---|

54.     **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ❑ Yes.  Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and located of property** include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used debtor's interest** | **Current value of debtor's for current value    interest** |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $0.00 |
| 55.2 _____ | _____ | $_____ | _____ | $0.00 |
| 55.3 _____ | _____ | $_____ | _____ | $0.00 |
| 55.4 _____ | _____ | $_____ | _____ | $0.00 |

56.     **Total of Part 9.**

    Add the current value on lines 55.1 through 55.4 and entries from any additional sheets.  Copy the total to line 88.    $0.00

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**

    ❑ No
    ❑ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ❑ No
    ❑ Yes

| **Part 10:** | **Intangibles and Intellectual property** |
|---|---|

59.     **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ❑ Yes.  Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60.     **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | $_____ | _____ | $0.00 |
| 61.     **Internet domain names and websites** | | | |
| _____ | $_____ | _____ | $0.00 |
| 62.     **Licenses, franchises, and royalties** | | | |
| _____ | $_____ | _____ | $0.00 |
| 63.     **Customer lists, mailing lists, or other compilations** | | | |
| _____ | $_____ | _____ | $0.00 |

**64.**    **Other intangibles, or intellectual property**

_____    $ _____    _____    $0.00

**65.**    **Goodwill**

_____    $ _____    _____    $0.00

**66.**    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.                      $0.00

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

       ❏ No
       ❏ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

       ❏ No
       ❏ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

       ❏ No
       ❏ Yes

| Part 11: | All other assets |
|---|---|

**70.**    **Does the debtor own any other assets that have not yet been reported on this form?**

       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No. Go to Part 12.
       ❏ Yes. Fill in the information below.

                                                   **Current value of debtor's interest**

**71.**    **Notes receivable**
       Description (include name of obligor)

       _____    _____ - _____ = ➡    $0.00
                   Total face amount    doubtful or uncollectible amount

**72.**    **Tax refunds and unused net operating losses (NOLs)**

       Description (for example, federal, state, local)

       _____    Tax year _____    $0.00

       _____    Tax year _____    $0.00

       _____    Tax year _____    $0.00

**73.**    **Interests in insurance policies or annuities**

       _____    $0.00

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

       _____    $0.00

       Nature of claim _____
       Amount requested $_____

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | _____ | $0.00 |
| | **Nature of claim** _____ | |
| | **Amount requested** $_____ | |
| 76. | **Trusts, equitable or future interest in property** | |
| | _____ | $0.00 |
| 77. | Other property of any kind not already listed *Examples:* Season tickets, country club membership | |
| | _____ | $0.00 |
| | _____ | $0.00 |
| 78. | **Total of Part 11.** | |
| | Add lines 71 through 77.  Copy the total to line 90. | $0.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

❏ No
❏ Yes

| **Part 12:** | **Summary** |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.**  Copy line 5, part 1. | $0.00 | |
| 81. | **Deposits and prepayments.**  Copy line 9, Part 2. | $0.00 | |
| 82. | **Accounts receivable.**  Copy line 12, Part 3. | $0.00 | |
| 83. | **Investments.**  Copy line 17, Part 4. | $0.00 | |
| 84. | **Inventory.**  Copy line 23, Part 5. | $1,200.00 | |
| 85. | **Farming and fishing-related assets.**  Copy line 33, Part 6. | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.**  Copy line 43, Part 7. | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.**  Copy line 51, Part 8. | $0.00 | |
| 88. | **Real property.** Copy line 56, Part 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $0.00 |
| 89. | **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. | **All other assets.** Copy line 78, Part 11.                    + | $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . . . . . . . . . . . 91a | $1,200.00        + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $1,200.00 |

2:23-bk-20133-BPH   Doc#: 1   Filed: 10/12/23   Page 14 of 40

| Fill in this information to identify your case: |
| --- |
| Debtor    <u>JLM Construction, LLC</u> |
| United States Bankruptcy Court for the District of Montana |
| Case number   _____ |

❑ Check if this is an amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible**

1.    **Do any creditors have claims secured by your property?**
   ■ No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.
   ❑ Yes.  Fill in all the information below.

**Part 1:**    **List All Secured Claims**

2.    **List all secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of the collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| 2.1 | **Describe the debtor's property that is subject to a lien**<br>_____<br>**Describe the lien**<br>_____ | | |
| **Who owes the debt?** Check one<br>■ Debtor 1 only<br>❑ Debtor 2 only<br>❑ Debtor 1 and Debtor 2 only<br>❑ At least one of the debtors and another<br>❑ **Check if this claim relates to a community debt** | **Is the creditor an insider or related party?**<br>■ No<br>❑ Yes | $0.00 | $0.00 |
| **Date debt was incurred** _____ | **Is anyone else liable on this claim?**<br>■ No<br>❑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| Do multiple creditors haven an interest in the same property?<br>■ No<br>❑ Yes.  Specify each creditor, including this creditor, and its relative priority.<br>_____ | **As of the petition filing date, the claim is:**<br>Check all that apply:<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed | | |
| | **Last 4 digits of account number** __ __ __ __ | | |

**Add the dollar value of your entries in Column A on this page.  Write that number here:**    | $0.00 |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect form you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fil out or submit this page.

One which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ____  ____  ____  ____

One which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ____  ____  ____  ____

One which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ____  ____  ____  ____

One which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ____  ____  ____  ____

One which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ____  ____  ____  ____

| Fill in this information to identify your case: |
| --- |
| Debtor    <u>JLM Construction, LLC</u> |
| United States Bankruptcy Court for the District of Montana |
| Case number _____ |

❏ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.  List the other party to an executory contract or unexpired leases that could result in a claim.  Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All of your PRIORITY Unsecured Claims |
| --- | --- |

1.     **Do any creditors have priority unsecured claims against you?** (See 11 U.S.C. § 507).
        ❏ No.  Go to Part 2.
        ■ Yes. Go to line 2.

2.     **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page or Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| 2.1<br>Rocky Mountain Development Council, Inc.<br>200 S Cruse St<br>Helena, MT 59601 | Last 4 digits of account number 1683<br><br>**When was the debt incurred?** _____ | | |
| | As of the petition, filing date, the claim is:<br>*Check all that apply.* | $5,877.07 | $5,877.07 |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | ❏ Contingent<br>❏ Unliquidated<br>❏ Disputed | | |
| **Is the claim subject to offset?**<br>■ No<br>❏ Yes | **Basis for the claim:**<br><u>loan</u> | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.**    **Do any creditors have nonpriority unsecured claims against you?**
❏ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
■ Yes

**4.**    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.**  If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim |
|---|---|

4.1
Kenyon Noble
4949 Jackrabbit Lane
Belgrade MT 59714

**Last 4 digits of account number 7094**            $749.21

**When was the debt incurred? September 2022**

**As of the petition filing date, the claim is:**
*check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Is the claim subject to offset?**
■ No
❏ Yes

**Basis for the claim:**

business debt

---

4.2
Ferguson
188 Pronghorn Trail
Bozeman MT 59718

**Last 4 digits of account number 9907**            $20,786.80

**When was the debt incurred? February 2023**

**As of the petition filing date, the claim is:**
*check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Is the claim subject to offset?**
■ No
❏ Yes

**Basis for the claim:**

business debt

2:23-bk-20133-BPH   Doc#: 1   Filed: 10/12/23   Page 18 of 40

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 4.3, followed by 4.4, and so forth.**

|  |  | Total claim |
|---|---|---|

**4.3**
Lifestyle Solutions Publications
514 West 26th Street
Kansas City MO 84108

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the petition filing date, the claim is:**
*check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Is the claim subject to offset?**
■ No
❏ Yes

**Basis for the claim:**

<u>business debt</u>

unknown

---

**4.4**
American Express
PO Box 60189
City of Industry CA 91716-0189

**Last 4 digits of account number** 2000

**When was the debt incurred?** _____

**As of the petition filing date, the claim is:**
*check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Is the claim subject to offset?**
■ No
❏ Yes

**Basis for the claim:**

<u>credit card - business supplies/inventory</u>

$33,757.99

---

**4.5**
Chase Card Services
PO Box 15298
Wilmington, DE 19850

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the petition filing date, the claim is:**
*check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Is the claim subject to offset?**
■ No
❏ Yes

**Basis for the claim:**

<u>credit card - business supplies/inventory</u>

unknown

---

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---------|--------------------------------------------------------|

| | | Total claim |
|---|---|---|

**4.6**
Pella Windows
1001 West Oak Street, Unit 108
Bozeman MT 59715

**Last 4 digits of account number __ __ __ __**          unknown

**When was the debt incurred?** _____

**As of the petition filing date, the claim is:**
*check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Is the claim subject to offset?**
■ No
❑ Yes

**Basis for the claim:**

_____

**4.7**
Sky Federal Credit Union
PO Box 1690
Livingston MT 59047

**Last 4 digits of account number __ __ __ __**          unknown

**When was the debt incurred?** _____

**As of the petition filing date, the claim is:**
*check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Is the claim subject to offset?**
■ No
❑ Yes

**Basis for the claim:**

bank charges

**4.8**
David and Giavanna Marino
9439 Haggerty Lane
Bozeman MT 59715

**Last 4 digits of account number __ __ __ __**          $352,810.63

**When was the debt incurred?** _____

**As of the petition filing date, the claim is:**
*check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Is the claim subject to offset?**
■ No
❑ Yes

**Basis for the claim:**

business debt

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

|  | Total claim |
|---|---|

4.9
Blaine and Dori Stulc
3 Murray Lane
Cardwell MT 59721

**Is the claim subject to offset?**
■ No
❏ Yes

**Last 4 digits of account number __ __ __ __**        $52,222.93

**When was the debt incurred?** _____

**As of the petition filing date, the claim is:**
*check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

business debt

---

5.0
First Security Bank
208 East Main Street
Bozeman, MT 59715

**Is the claim subject to offset?**
■ No
❏ Yes

**Last 4 digits of account number __ __ __ __**        unknown

**When was the debt incurred?** _____

**As of the petition filing date, the claim is:**
*check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

business debt

---

5.1
Laura Burkle and Charlie Detar
312 North Grand Avenue
Bozeman MT 59715

**Is the claim subject to offset?**
■ No
❏ Yes

**Last 4 digits of account number __ __ __ __**        $159,000.00

**When was the debt incurred?** _____

**As of the petition filing date, the claim is:**
*check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

business debt

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| | | Total claim |
|---|---|---|

**5.2**
CU Electric
152 Pony Drive
Belgrade MT 59714

**Is the claim subject to offset?**
■ No
❑ Yes

Last 4 digits of account number __ __ __ __

**When was the debt incurred?** _____

**As of the petition filing date, the claim is:**
*check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

<u>business debt</u>

Total claim: <u>$9,989.56</u>

---

**5.3**
1 Plumbing and Heating
PO Box 6082
Bozeman MT 59771

**Is the claim subject to offset?**
■ No
❑ Yes

Last 4 digits of account number __ __ __ __

**When was the debt incurred?** _____

**As of the petition filing date, the claim is:**
*check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

<u>business debt</u>

Total claim: <u>$19,998.77</u>

---

**5.4**
Stacker Handyman Services
84 Pioneer Crossing Boulevard
Manhattan MT 59741

**Is the claim subject to offset?**
■ No
❑ Yes

Last 4 digits of account number __ __ __ __

**When was the debt incurred?** _____

**As of the petition filing date, the claim is:**
*check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

<u>business debt</u>

Total claim: <u>unknown</u>

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

|  | Total claim |
|---|---|

5.5
PR4 Contracting, LLC
479 Tracy Ann Drive
Belgrade MT 59714

**Is the claim subject to offset?**
■ No
❏ Yes

**Last 4 digits of account number __ __ __ __**          unknown

**When was the debt incurred?** _____

**As of the petition filing date, the claim is:**
*check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

business debt

---

5.6
Kevin Pearson
Pearson Dentistry
121 West Kagy Boulevard
Bozeman MT 59715

**Is the claim subject to offset?**
■ No
❏ Yes

**Last 4 digits of account number __ __ __ __**          unknown

**When was the debt incurred?** _____

**As of the petition filing date, the claim is:**
*check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

business debt

---

5.7
C'mon Inn
6139 East Valley Center Road
Bozeman MT 59718

**Is the claim subject to offset?**
■ No
❏ Yes

**Last 4 digits of account number __ __ __ __**          unknown

**When was the debt incurred?** _____

**As of the petition filing date, the claim is:**
*check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

_____

2:23-bk-20133-BPH  Doc#: 1  Filed: 10/12/23  Page 23 of 40

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.      **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entitles that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

Saturn Systems
PO Box 482
Bailey CO 90421

**One which line in Part 1 or Part 2 is the related creditor (if any) listed?**

Line <u>4.3</u>

**Last 4 digits of account number 6187**

Steve J. Fitzpatrick
Browning, Kaleczyc, Berry & Hoven, P.C.
9 3rd Street North Liberty Center, Suite 302
Great Falls MT 59401

**One which line in Part 1 or Part 2 is the related creditor (if any) listed?**

Line <u>4.8</u>

**Last 4 digits of account number ____  ____  ____  ____**

Jane Mersen
Kasting, Kauffman & Mersen, P.C.
716 South 20th Avenue, Suite 101
Bozeman MT 59718

**One which line in Part 1 or Part 2 is the related creditor (if any) listed?**

Line <u>4.9</u>

**Last 4 digits of account number ____  ____  ____  ____**

Jane Mersen
Kasting, Kauffman & Mersen, P.C.
716 South 20th Avenue, Suite 101
Bozeman MT 59718

**One which line in Part 1 or Part 2 is the related creditor (if any) listed?**

Line <u>5.0</u>

**Last 4 digits of account number ____  ____  ____  ____**

Griffin B. Stevens
Crowley Fleck PLLP
PO Box 10969
Bozeman MT 59719-0969

**One which line in Part 1 or Part 2 is the related creditor (if any) listed?**

Line <u>5.1</u>

**Last 4 digits of account number ____  ____  ____  ____**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**      **Add the amounts of priority and nonpriority unsecured claims.**

                                                                              **Total of claim amounts**

5a.         Total claims from Part 1                              5a.                    $5,877.07

5b.         Total claims from Part 2                              5b.          +         $649,315.89

5c.         Total of Parts 1 and 2
            Lines 5a + 5b = 5c                                   5c.                    $655,192.96

| Fill in this information to identify your case: |
| --- |
| Debtor    <u>JLM Construction, LLC</u> |
| United States Bankruptcy Court for the District of Montana |
| Case number _____ |

❑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible.  If more space is needed, copy the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No.  Check this box and file this form with the court with your other schedules.  There is nothing else to report on this form.
    ❑ Yes.  Fil lin all of the information below even if the contract or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

   **2.1  State what the contract or lease is for and the nature of debtor's interest**

   **State the term remaining**

   **List the contract number of any government contract**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Debtor    <u>JLM Construction, LLC</u>

United States Bankruptcy Court for the District of Montana

Case number  _____

❑ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

**12/15**

Be as a complete and accurate as possible.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).

1.    **Does the debtor have any codebtors?**
    ❑ No
    ■ Yes

2.    **In Column 1 list all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.**  Include all guarantors and co-obligators.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2

| Column 1: **Codebtor** | Column 2: **Creditor** | Check all schedules that apply |
|---|---|---|
| 3.1<br>Jessi McCloud<br>705 Washington Street<br>Belgrade MT 59714 | <u>various creditors</u> | ❑ Schedule D<br>■ Schedule E/F<br>❑ Schedule G |

Fill in this information to identify your case:

Debtor    <u>JLM Construction, LLC</u>

United States Bankruptcy Court for the District of Montana

Case number   _____

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Sign Below |
|---|---|

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ . Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>October 12, 2023</u>

✖ <u>/s/ Jessi Lee McCloud</u>                    <u>Jessi Lee McCloud</u>
     Signature of authorized representative of debtor          Printed name

Title <u>Owner</u>

| Fill in this information to identify your case: |
| --- |
| Debtor    JLM Construction, LLC |
| United States Bankruptcy Court for the District of Montana |
| Case number _____ |

❏ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Page 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ■ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calender year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From<br>01/01/2023<br>MM/DD/YYYY | to filing date | ■ Operating a business<br>❏ Other _____ | $0.00 |
| For prior year: | From<br>01/01/2022<br>MM/DD/YYYY | to<br>12/31/2022<br>MM/DD/YYYY | ■ Operating a business<br>❏ Other _____ | $0.00 |
| For the year before that: | From<br>01/01/2021<br>MM/DD/YYYY | to<br>12/31/2021<br>MM/DD/YYYY | ■ Operating a business<br>❏ Other _____ | $0.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ❏ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From<br>01/01/2023<br>MM/DD/YYYY | to filing date | Tax refunds | $7,126.00 |
| **For prior year:** | From<br>01/01/2022<br>MM/DD/YYYY | to<br>12/31/2022<br>MM/DD/YYYY | Tax refunds | $10,915.00 |
| **For the year before that:** | From<br>01/01/2021<br>MM/DD/YYYY | to<br>12/31/2021<br>MM/DD/YYYY | | |

| **Part 2:** | **List Certain Transfers Made before Filing for Bankruptcy** |
|---|---|

3. **Certain payments of transfers to creditors within 90 days before filing this case**

   List payments or transfers - including expense and reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after than with respect to cases filed on or after the date of adjustment.)

   ■ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*check all that apply* |
|---|---|---|---|
| 3.1. | | | ❏ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>❏ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefitted any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an *insider* unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in Line 3. Insiders include officers, directors, and anyone in control of a corporation debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*check all that apply* |
|---|---|---|---|
| 4.1. | | | |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |

**6.**   **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |

Last 4 digits of account number: _____

## Part 3:   Legal Actions or Assignments

**7.**   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity - within 1 year before filing this case.

■ None

| Case Title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ❏ Pending<br>❏ On appeal<br>❏ Concluded |

**8.**   **Assignments and Receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Custodian's name and address | Description of the property | value |
|---|---|---|
| | | $_____ |
| | **Case title** | **Court name and address** |
| | **Case number** | |
| | **Date of order or assignment** | |

2:23-bk-20133-BPH  Doc#: 1  Filed: 10/12/23  Page 31 of 40

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

9.    **List all gifts or charitable contributions the debtor have to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Descriptions of the gifts or contributions | Dates given | Value |
|------------------------------|--------------------------------------------|-------------|-------|
| 9.1. | | | |

Recipient's relationship to debtor

| Part 5: | Certain Losses |
|---------|----------------|

10.    **All losses form fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property loss and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B<br>*(Schedule A/B: Assets - Real and Personal Property).* | Date of loss | Value of property loss |
|---|---|---|---|
| | | | $ |

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11.    **Payments related to bankruptcy**
       List any payments of money or other transfers or property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|--------------------------------------------|--------------------------------------------------|-------|-----------------------|
| 11.1 | | | |

Email or website address _____

Who made the payment, if not debtor?

**12.    Self-settled trusts of which the debtor is a beneficiary**
        List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to
        a self-settled trusts or similar device.

        Do not include transfers already listed on this statement.

        ■ None

| Name of trust device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
|  |  |  |  |

Trustee _____

**13.    Transfers not already listed on this statement**
        List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within
        2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include
        both outright transfers made as security.  Do not include gifts or transfers previously listed on this statement.

        ■ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Dates transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 |  |  |  |

Relationship to debtor _____

| Part 7: | List Certain Payments or Transfers |
|---|---|

**14.    Previous addresses**
        List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

        ❑ Does not apply
        ■ Yes.  Fill in the details.

| Address | Dates of occupancy |  |
|---|---|---|
| 14.1 | From | To |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15.** **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
– diagnosing or treating injury, deformity, or disease, or
– providing any surgical, psychiatric, drug treatment, or obstetric care?

❑ No.  Go to Part 9.
❑ Yes.  Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | **Location where patient records are maintained** (if different from facility address).  If electric, identify any service provider. | **How are records kept?** |
| | | Check all that apply:<br><br>❑ Electronically<br>❑ Paper |

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16.** **Does the debtor collect and retain personally identifiable information of customers?**

❑ No.
❑ Yes.  State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ❑ No
      ❑ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

❑ No.  Go to Part 10.
❑ Yes.  Does the debtor serve as plan administrator?

      ❑ No.  Go to Part 10.
      ❑ Yes.  Fill in below:

| Name of Plan | Employer identification number of the plan |
| --- | --- |
| | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

❑ No
❑ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|----------|---------------------------------------------------------------------|

18.    **Closed financial accounts**
       Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved or transferred?
       Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperative, associates, and other financial institutions.

       ■ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 | | ❑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other _____ | | |

19.    **Safe deposit boxes**
       List any safe deposit box or other depositary for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

       ■ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ❑ No<br>❑ Yes |
| | **Address** | | |

20.    **Off-premises storage**
       List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

       ❑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Backyard Storage<br>401 Bolinger Road<br>Belgrade MT 59714 | Jessi and Casey McCloud | (6) Weather Shield Windows | ❑ No<br>■ Yes |
| | **Address**<br><br>705 Washington Street<br>Belgrade MT 59714 | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21.    **Property held for another**
       List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list lease or rented property.

       ■ None

| Owner's name and address | Location of Property | Description of the property | Value |
|---|---|---|---|
| | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medial affected (air, land, water, or any other medium).

■    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**  Include settlements and orders.

       ❑    No
       ❑    Yes.  Provide details below.

| Case Title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ❑ Pending<br>❑ On appeal<br>❑ Concluded |

**23.**  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

❑ No
❑ Yes.  Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.     Has the debtor notified any governmental unit of any release of hazardous material?

❑ No
❑ Yes.  Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.**  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ ___<br><br>**Dates business existed**<br><br>From _____ To _____ |

26.     Books, records, and financial statements

26.        List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Dates of service |
|---|---|
| 26.a.1 | From _____ To _____ |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books or account and records or prepared a financial statement within 2 years before filing this case.

■ None

| Name and address | Dates of service |
|---|---|
| 26.b.1 | From _____ To _____ |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26.c.1 | From _____ To _____ |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| 26.d.1 |

27.    **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

❑ No
❑ Yes.  Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

| Name and address of the person who has possession of inventory records |
|---|

**28.**    **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
|      |         |                                     |                       |

**29.**    **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

❏ No
❏ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
|      |         |                                     | From _____ To _____                             |

**30.**    **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

❏ No
❏ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1                          |                                                      |       |                                |

Relationship to debtor:

**31.**    **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

❏ No
❏ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
|                                | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ ___ ___       |

2:23-bk-20133-BPH Doc#: 1 Filed: 10/12/23 Page 39 of 40

32.     **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

❏ No
❏ Yes.  Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date <u>October 12, 2023</u>

✖ <u>Jessi Lee McCloud</u>                                    Printed name <u>Jessi Lee McCloud</u>
Signature of individual signing on behalf of the debtor

Position or relationship to debtor <u>Owner</u>

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

■ No
❏ Yes


Did you attach additional pages to Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official From 107)?

■ No
❏ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
❏ Yes.  Name of person _____.      Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature
                                                             (Official Form 119).